IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 JUN -3 P 4: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHNNIE HATCHETT, CHARLES GREENE, ) <br> GRACE GRIFFIN, JEANETTE GRIFFIN, ) <br> MARY GRIFFIN, WILLIE GRIFFIN, ) <br> ANNIE HALL, CASSIE HALL, HELEN HALL, ) <br> AND OTHER PLAINTIFFS IDENTIFIED IN ) <br> EXHIBIT "A" ATTACHED HERETO AND ) <br> INCORPORATED FULLY HEREIN ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> LIBERTY NATIONAL LIFE ) <br> INSURANCE COMPANY, ) <br> ) <br> ) <br> Defendant, ) | CIVIL ACTION NO.: |

EXHIBIT "A"

Mary Hall
Marjarie Hambright
Cora Haralson
Rocena Haralson
Rufus Haralson
Fannie Hardy
Florence Hardy
Alice Hargress
Mary Harper
Sarah Harper
Annie Harris.
Jo Ann Harris
John Harris
Regina Harris
Bertha Harrison
Lula Hatcher
Rosie Hatcher
Jerry Hawkins
Dora Hayes
Mary Hayes

Clara Heard
Goldie Heard
LeSonia Heard
Verga Hicks
Naomi Hill
Sallie Hines
Albert Holmes
George Howard
Geraldine Howard
Jerry Howard
Mary Howell
Emma Hoyle
Rosie Huff
Iola Huffman
Billy Hughley
Lena Humphrey
Cora Hunter
Eddie and Matilda Hunter
Katie Hunter
Mattie Hunter
Addie Huntington
Alice Irby
Hilton Isheee
Barbara Jackson
Charlie Jackson
Doris Jackson
Georgia M. Jackson
Georgia Jackson
Helen Jackson
Isoline Jackson
Sadie Jackson
Willie Jackson
Annie Jenkins
Gertrude Jiles
Aneather Johnson
Bettie Johnson
Bettye Johnson
Eddie Johnson
Eugene Johnson
Fannie Johnson
Horace Johnson
Rosa Johnson
Texie Johnson
Vivian Johnson
Emma Jones
Gwen Jones

Jammie Jones
Marguerite Jones
Terry Jones
Verna Jones
Willie Jordan, Jr.
James Kelser, Jr.
Eddie Kendrick
Charlie Kendrick, Sr.
Eula Kennard
Erma Kennebrew
Clark and Rosa Key
John Key
Rebecca Kimbrough is
Fairy King
Mary King
Willie Kyser
Earnestine Lacey
Robert Lacey, Jr.
Andrew and Lula Lanier
Ruth LaPread
Wendell Larkin
Adelaide Lee
Maryland Lee
Annie Leonard
Jacqueline Leonard