AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Johnnie Hatchett, Charles Greene, Grace Griffin, Jeanette Griffin, Mary Griffin, Willie Griffin, Annie Hall, Classie Hall, Helen Hall, et al.

V.

Liberty National Life Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05-CV-0529-SRW

TO: (Name and address of Defendant)

Liberty National Life Insurance Company
c/o The Corporation Company
2000 Interstate Park
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Gibson Vance
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE June 9, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                       *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| 2. Article Number | Hatchett | COMPLETE THIS SECTION ON DELIVERY |
|---|---|---|
| 7160 3901 9848 9056 1654 | | A. Received by (Please Print Clearly) / B. Date of Delivery |
| 3. Service Type **CERTIFIED MAIL** | | C. Signature X  ☐ Agent  ☐ Addressee |
| 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | | D. Is delivery address different from item 1? ☐ Yes  ☐ No |

1. Article Addressed to:

**Liberty National Life Insurance Company**
**c/o The Corporation Company**
**2000 Interstate Park**
**Suite 204**
**Montgomery, Alabama 36109**

2:05CV529 (Cmp/summo 20 dy)

PS Form 3811, July 2001    Domestic Return Receipt

RETURN RECEIPT REQUESTED
USPS MAIL CARRIER
DETACH ALONG PERFORATION

Thank you for using Return Receipt Service

Thank you for using Return Receipt Service

WALZ Certified Mailer™ 1-800-882-3811 www.walzpostal.com