| 2. Article Number | Hatchett |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | |
| 7160 3901 9848 9056 1654 | |

| COMPLETE THIS SECTION ON DELIVERY | |
|---|---|
| A. Received by (Please Print Clearly) | B. Date of Delivery |
| J. Slapp | 06-09 |
| C. Signature X _Jackson_ | ☐ Agent ☐ Addressee |
| D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**Liberty National Life Insurance Company**
**c/o The Corporation Company**
**2000 Interstate Park**
**Suite 204**
**Montgomery, Alabama 36109**

2:05cv529 (Cmp/summo 20dy)

PS Form 3811, July 2001    Domestic Return Receipt