# EXHIBIT 3

[ **F I L E D**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR 1 6 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

CHARLES HUDSON, et al.,               )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     )        CIVIL ACTION 02-D-233-N
                                       )
LIBERTY NATIONAL INSURANCE             )
COMPANY, et al.,                       )
                                       )
        Defendants.                    )

## O R D E R

Before the court is Defendants' Motion To Transfer, which
was filed February 25, 2002.  (Doc. No. 6.)  Plaintiff filed a
Notice of Consent To Transfer on March 15.  (Doc. No. 12.)
Because there is presently a nationwide class action pending
against Defendant Liberty National Insurance Company in the
Northern District of Alabama, the court deems it appropriate to
respect the parties' wishes.

Accordingly, it is CONSIDERED and ORDERED that Defendants'
Motion To Transfer be and the same hereby GRANTED and that this
case be and the same is hereby TRANSFERRED to the United States
District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take the necessary
steps to effectuate said transfer.

DONE this  18ᵗʰ  of March, 2002.

_____
UNITED STATES DISTRICT JUDGE

EOD   3/18/02                                              13

FILED

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION    MAR 1 9 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| LIZZIE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 02-T-232-E |
| | ) |
| LIBERTY NATIONAL LIFE | ) |
| INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

There being no objection to the motion to transfer filed by defendant Liberty National Life Insurance Company on February 25, 2002 (Doc. No. 6), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 19TH day of March, 2002.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE

EOD 3/19/02

14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**

APR  8 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

LEE B. GRAY,                              )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )    CIVIL ACTION NO. 02-M-265-N
                                          )
LIBERTY NATIONAL LIFE INS. CO.,           )
                                          )
            Defendant.                    )

## ORDER

There being no objection to the motion to transfer filed by defendant Liberty National

Life Insurance Company on 28 March 2002 (Doc. # 8),[1] it is the ORDER, JUDGMENT, and

DECREE of the court that the motion is granted and that this cause is transferred to the

United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE this ___*8th*___ day of April, 2002.

_Vanzetta Penn McPherson_
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The court construes the Motion to Transfer filed by the plaintiff on 2 April 2002 (Doc.
# 12) as a response to the defendant's motion.

EOD 4/8/02

17

FILED

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MAR 1 8 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

```
WILLIE C. WILLIAMS and      )
VELMA WILLIAMS,             )
                            )
        Plaintiff,          )
                            )
        v.                  )    CIVIL ACTION NO. 02-T-231-N
                            )
LIBERTY NATIONAL LIFE       )
INSURANCE COMPANY, et al.,  )
                            )
        Defendants.         )
```

### ORDER

There being no objection to the motion to transfer, filed by defendant Liberty National Life Insurance Company on February 25, 2002 (Doc. No. 7), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 18ᵗʰ day of March, 2002.

_____
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE

EOD    3/18/02

14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH BETTON, | ) | |
| | ) | FILED APR 11 '02 PM 2:21 USDCALS |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 02-0140-CG-M** |
| | ) | |
| LIBERTY NATIONAL LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER

This cause is before the court on the motion of plaintiff to transfer this action to the United States District Court for the Northern District of Alabama, before the Honorable U.W. Clemon. (Doc. 5). The plaintiff alleges that a nationwide class action against Liberty National Insurance Company ("Liberty National") asserting some of the same claims as presented by the complaint in this action is pending in the United States District Court for the Northern District of Alabama in front of Judge U.W. Clemon. Plaintiff further asserts that Liberty National is headquartered in Birmingham, Alabama and that the necessary documents and witnesses for this case are in Birmingham. The defendant, Liberty National Life Insurance Company filed a response consenting to the transfer of this action to the Northern District of Alabama. (Doc. 11).

Upon consideration, the court finds that plaintiffs motion is due to be and is hereby, **GRANTED. The clerk is directed to transfer this case to the United States District Court for the Northern District of Alabama.**

DONE and ORDERED this _11th_ day of April, 2002.

CALLIE V. S. GRANADE
UNITED STATES DISTRICT JUDGE

1

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA    AUG 2 0 ....
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| BOBBIE BASS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 03-A-574-N |
| | ) | |
| LIBERTY NATIONAL LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the court on Liberty National's Motion to Transfer (Doc. #6). The

motion seeks transfer to the United States District Court for the Northern District of Alabama,

where there is presently pending a nationwide class action involving the same issues as those

alleged in this case. The Plaintiffs have filed a Notice (Doc. #11) stating that they do not oppose

the motion. Therefore, it is hereby

ORDERED that the Motion to Transfer is GRANTED, and this case is TRANSFERRED

to the United States District Court for the Northern District of Alabama.

The Clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this _20th_ day of August, 2003.

W. HAROLD ALBRITTON
CHIEF UNITED STATES DISTRICT JUDGE

RECEIVED _20 Aug 03_
Bradley Arant Rose & White LLP
M. Pennington

12