# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 2 0 2002
LUTHER D. THOMAS, Clk
By: _____ Deputy Clk

| | |
|---|---|
| WILLIE LEE ARNOLD, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : 1:02-cv-991-MHS |
| LIBERTY NATIONAL LIFE INSURANCE CO., | : |
| Defendant. | : |

### ORDER

The Court GRANTS defendant's unopposed motion to transfer [#3-1]; and DIRECTS the Clerk to transfer this matter to the Northern District of Alabama.

IT IS SO ORDERED, this 20 day of June, 2002.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

1

**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome
JUN 18 2002
Luther D. Th...
By: [signature] Jackson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Ralph Morgan, Jr.,

    Plaintiff,

v.

Liberty National Life
Insurance Company,

    Defendant.

CIVIL ACTION FILE
NO. 4:02-CV-0083-HLM

CV-02-C-1498-S

02 JUN 20 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

## ORDER

This case is before the Court on Defendant's Motion to Transfer Case to Northern District of Alabama [3].

Defendant has moved to transfer this case to the Northern District of Alabama, where several related cases are pending. The Court **GRANTS** Defendant's Motion to Transfer Case to Northern District of Alabama [3], and **TRANSFERS** this case to the Northern District of Alabama.

IT IS SO ORDERED, this the 17 day of June, 2002.

[signature]
UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

JUN 18 2002

Luther D. Thomas, Clerk
By: [signature] Jackson
Deputy Clerk

1

AO 72A
(Rev.8/82)