IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE HATCHETT, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV529-W |
| | ) | |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion to transfer filed by defendant on June 28, 2005 (Doc. # 5), it is

ORDERED that plaintiffs may respond to the motion on or before July 18, 2005. Defendant may file a reply on or before July 25, 2005.

Done, this 13th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE