IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE HATCHETT, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV529-W |
| | ) | |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on a motion to transfer filed by defendant on June 28, 2005 (Doc. # 5). The motion seeks transfer to the United States District Court for the Northern District of Alabama, where a nationwide class action involving the same issues is presently pending against the defendant. Upon consideration of the motion and plaintiffs' consent to transfer (Doc. # 8), it is

ORDERED that the motion to transfer (Doc. # 5) is GRANTED, and this action is hereby transferred to the United States District Court for the Northern District of Alabama. The Clerk is DIRECTED to take the steps necessary to effect the transfer.

DONE, this 18th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE