**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 18, 2005

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Johnnie Hatchett, et al. v. Liberty National Life Insurance Co.**

**Case Number:**     **#2:05-cv-00529-SRW**

**Referenced Document:**  **Document #9**
                          **Order**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf contained a 7/19/2005 date instead of 7/18/2005. The corrected pdf is attached to this notice.**