**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk, U. S. District Court
   Northern District of Alabama
   United States District Court
   Hugo L. Black U. S. Courthouse
   1729 5th Avenue North, Room 140
   Birmingham, AL 35203

2:05cv529 (executive bile, first order)

2. Article Number (Transfer from service label)   7004 2510 0001 0150 7157

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Joseph ____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Joe Olin
C. Date of Delivery: 7/21/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540